**Order filed May 26, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00169-CV
_____

**SYLVIA  ARREDONDO, Appellant**

**V.**

**VILLAGE ON THE LAKE, LTD AND VOTL I GP, INC., Appellees**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-40619**

## O R D E R

Appellant's brief was due May 12, 2022**.** No brief or motion for extension of time has been filed.

The appeal is subject to dismissal for want of prosecution unless appellant files a brief with this court on or before **June 28, 2022**. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Jewell and Wise.